UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMANMADE, | Case No. 23-cv-02349-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| SFMADE, et al., | |
| Defendants. | |

A case management conference was held on March 12, 2024. Having considered the parties' stipulation and proposed order, *see* Dkt. No. 48, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | May 17, 2024 |
| Close of Fact Discovery | August 2, 2024 |
| Exchange of Opening Expert Reports | August 16, 2024 |
| Exchange of Rebuttal Expert Reports | September 6, 2024 |
| Close of Expert Discovery | September 20, 2024 |
| Dispositive Motion Hearing Deadline | October 17, 2024, at 2:00 p.m. |
| Pretrial Conference | March 4, 2025, at 3:00 p.m. |
| Jury Trial (4 days) | March 24, 2025, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This Order terminates Dkt. No. 48.

**IT IS SO ORDERED.**

Dated: March 26, 2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge