1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| HUMANMADE, a California nonprofit corporation, | CASE NO. 4:23-cv-02349-HSG |
| Plaintiff, | **JOINT STIPULATION AND ORDER REGARDING MEDIATION DEADLINE EXTENSION** |
| v. | |
| SFMADE, a California nonprofit corporation; and MANUFACTURE : SAN JOSE, a California nonprofit corporation, | |
| Defendants. | |

1          Pursuant to ADR L. R. 6-5, Plaintiff Humanmade and Defendants SFMade and
2   Manufacture : San Jose jointly stipulate, subject to the Court's approval, to extend the Mediation
3   Deadline from the current deadline of June 18, 2024, to August 9, 2024.  In support of this joint
4   stipulation, the Parties state as follows:
5          1.     Under ADR L. R. 6-4(c), the mediation must be held within 90 days after entry of
6   the Court's March 20, 2024 order referring the case to Mediation (Dkt. No. 49), which set the
7   deadline for June 18, 2024.
8          2.     The Parties conducted an initial teleconference with the assigned mediator, Mr.
9   Carl Blumenstein, on April 5, 2024, at which time the parties agreed to schedule the mediation for
10  May 28, 2024.
11         3.     The parties conducted a substantive teleconference with Mr. Blumenstein on May
12  7, 2024, to discuss the progress of discovery in the case, and to determine whether the parties
13  would be ready to proceed with a productive mediation on May 28, 2024.
14         4.     The parties discussed that no party depositions had yet been conducted, document
15  production was still in progress, and certain third-party discovery will be important for both
16  parties in assessing their claims and defenses for mediation.  The parties discussed that these
17  discovery items were being actively pursued, with significant progress likely to occur by the end
18  of June 2024.  The parties therefore agreed that proceeding with the mediation on May 28, 2024
19  likely would not be productive because the parties would not have the benefit of this outstanding
20  discovery.
21         5.     The parties further agreed that extending the mediation deadline to August 9, 2024,
22  would allow for substantial discovery to take place, thereby increasing the likelihood of a
23  successful mediation, and allowing for room to re-schedule the mediation as necessary during that
24  period, should either party, counsel for a party, or Mr. Blumenstein encounter scheduling
25  difficulties.
26         6.     Should the Court grant this request, the parties and Mr. Blumenstein have
27  tentatively re-scheduled the mediation for July 30, 2024.
28

7. The requested extension is not for the purposes of delay, and will not affect any other dates set by the Court's Scheduling Order (Dkt. No. 51).

8. No previous time modifications to the mediation deadline have been requested or made in this action.

In view of the foregoing, Humanmade and SFMade respectfully request that the Court grant this request to extend the mediation deadline from June 18, 2024, to August 9, 2024.

Dated: May 14, 2024

By: /s/ *David A. Caine*
    David A. Caine
    Jonathan Swisher

Attorneys for Plaintiff Humanmade

By: _____
    Haley Heath

Haley Heath (*pro hac vice*)
Gordon Rees Scully Mansukhani
400 W. Capitol Ave., Suite 1700
Little Rock, AR 72201
870-941-2035
hheath@grsm.com

Richard P. Sybert
Gordon Rees Scully Mansukhani
101 W. Broadway, Suite 200
San Diego, CA 92101
619-230-7768
rsybert@grsm.com

Attorneys for Defendants SFMade and Manufacture: San Jose

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __5/17/2024__

    United States District Judge
    Honorable Haywood S. Gilliam, Jr.