RICHARD P. SYBERT (SBN: 80731)
HALEY HEATH (*pro hac vice*)
rsybert@grsm.com
hheath@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendants
SFMADE, a California nonprofit corporation; and
MANUFACTURE : SAN JOSE, a California nonprofit corporation

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMANMADE, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SFMADE, a California nonprofit corporation; and MANUFACTURE : SAN JOSE, a California nonprofit corporation,<br><br>Defendants. | Case No. 4:23-cv-02349-HSG<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION REQUESTING AN ENLARGEMENT OF TIME FOR OPPOSITION AND REPLY BRIEFS TO PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' ANSWER AND COUNTERCLAIM** |

Plaintiff Humanmade and Defendants SF Made and Manufacture : San Jose filed a Joint Stipulation requesting a court order enlarging the time deadline for Defendants' response to Plaintiffs' motion to dismiss and Plaintiff's reply in support of its motion, that came before the Honorable Haywood S. Gilliam or the United States District Court for the Northern District of California. Upon review of the Joint Stipulation and accompanying Declaration of Haley Heath,

**IT IS HEREBY ORDERED THAT** the parties' Joint Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED THAT** that Defendants' new filing deadline for its response is June 21, 2024, and Plaintiff's new filing deadline for its reply is June 28, 2024.

///

1
2      Dated:   6/25/2024
3
4                                                       _____
                                                        Honorable Haywood S. Gilliam Jr.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28