DAVID A. CAINE, State Bar No. 217084
david.caine@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Tel: 650-319-4500

JONATHAN SWISHER, State Bar No. 291651
jonathan.swisher@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4204
Tel: 415-471-3100

Attorneys for Plaintiff
Humanmade

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HUMANMADE, a California nonprofit corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SFMADE, a California nonprofit corporation; and MANUFACTURE : SAN JOSE, a California nonprofit corporation,<br><br>　　　　Defendants. | CASE NO. 4:23-cv-02349-HSG-PHK<br><br>**JOINT STATUS REPORT RE: DISCOVERY DISPUTE** |

Pursuant to the Honorable Judge Peter H. Kang's order (Dkt. 68), Plaintiff Humanmade and Defendants SFMade and Manufacture : San Jose respectfully submit this Joint Status Report regarding their Discovery Dispute Letter Brief (Dkt. 63).

Counsel met and conferred on July 11, 2024 regarding the discovery issues raised in their Discovery Dispute Letter Brief (Dkt. 63) and made significant progress in resolving and narrowing the disputes:

1. **Seven disputed search terms**: SFMade has agreed to search and produce documents utilizing the seven search terms as originally proposed, without further modification or narrowing. Accordingly, the parties believe that this search term dispute has been fully resolved, obviating the need for the search term procedures set forth in the Court's written order (Dkt. 73 at 5-7).

2. **Additional document productions**: SFMade produced an additional set of documents on July 12, 2024, and represented that it intends to serve an additional document production volume by the end of this week, on or before July 19, 2024. Humanmade will promptly review these productions to assess whether they address the deficiencies set forth in the Discovery Dispute Letter Brief (Dkt. 63), and will provide a further update for the Court in the July 29, 2024 Joint Discovery Management Status Report ordered by the Court (Dkt. 73 at 9).

3. **Fact depositions**: Of Humanmade's four identified party witnesses, three depositions have already been taken by SFMade, and the final deposition has been scheduled for July 26. Humanmade is currently seeking the depositions of five former SFMade personnel and/or contractors who were subpoenaed (with subpoenas served on May 15 and June 24), and three of those depositions have been scheduled during the fact discovery period. One or both of the remaining two depositions may need to be scheduled after the fact discovery cutoff of August 2, and the parties are conferring in good faith to reach a stipulation on agreeable dates for those witnesses. On July 9, SFMade informed Humanmade that it had identified two former employees of Humanmade that it would like to depose. Humanmade responded that there may not be

1   sufficient time for additional third-party discovery during the fact discovery period,
2   which closes on August 2.  SFMade intends to request an extension of the fact discovery
3   deadline to allow for the depositions of these two former employees.  Humanmade notes
4   that as of today (July 15), SFMade has not served any notices of subpoena during the
5   course of this action (including for these two former Humanmade employees), and that
6   Humanmade intends to confer in good faith with SFMade on this issue, including on
7   scheduling, should any timely notices of subpoena be served.

8   Finally, the parties wish to inform the Court that they have carefully reviewed and discussed the Court's written order (Dkt. 73), and will cooperate and confer in good faith to resolve any remaining or additional disputes that arise during discovery.

Dated: July 15, 2024                By: /s/ *David A. Caine*
                                        David A. Caine
                                        Jonathan Swisher

                                    Attorneys for Plaintiff Humanmade


                                    By: /s/ *Haley Heath*
                                        Haley Heath

                                    Haley Heath (*pro hac vice*)
                                    Gordon Rees Scully Mansukhani
                                    400 W. Capitol Ave., Suite 1700
                                    Little Rock, AR 72201
                                    870-941-2035
                                    hheath@grsm.com

                                    Richard P. Sybert
                                    Gordon Rees Scully Mansukhani
                                    101 W. Broadway, Suite 200
                                    San Diego, CA 92101
                                    619-230-7768
                                    rsybert@grsm.com

                                    Attorneys for Defendants SFMade and
                                    Manufacture: San Jose

**ATTESTATION REGARDING SIGNATURES**

I, David A. Caine, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 15, 2024                     /s/  David A Caine
                                              David A. Caine