1  RICHARD P. SYBERT (SBN: 80731)
   HALEY HEATH (*pro hac vice*)
2  rsybert@grsm.com
   hheath@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   101 W. Broadway, Suite 2000
4  San Diego, CA 92101
   Telephone: (619) 696-6700
5  Facsimile:  (619) 696-7124

6  Attorneys for Defendants
   SFMADE, a California nonprofit corporation; and
7  MANUFACTURE : SAN JOSE, a California nonprofit
   corporation

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HUMANMADE, a California nonprofit corporation, | Case No. 4:32-cv-02349-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING THE PARTIES' JOINT STIPULATION REQUESTING PERMISSION TO CONDUCT A DEPOSITION AFTER THE DISCOVERY CUT-OFF DATE** |
| v. | |
| SFMADE, a California nonprofit corporation; and MANUFACTURE : SAN JOSE, a California nonprofit corporation, | |
| Defendants. | |

Plaintiff Humanmade and Defendants SF Made and Manufacture: San Jose filed a Joint Stipulation requesting a court order permitting a deposition to occur after the discovery cut-off deadline of August 2, 2024, that came before the Honorable Haywood S. Gilliam or the United States District Court for the Northern District of California. Upon review of the Joint Stipulation and accompanying Affidavit of Janet Lees,

**IT IS HEREBY ORDERED THAT** the parties' Joint Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED THAT** the parties will convene in good faith to conduct the deposition of Janet Lees on a mutually agreeable date between October 1, 2024, and October 31, 2024.

ORDER GRANTING THE PARTIES' JOINT STIPULATION REQUESTING PERMISSION TO CONDUCT A DEPOSITION AFTER THE DISCOVERY CUT-OFF DATE

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000, San Diego, CA 92101

Dated: __7/25/2024__

_____
Honorable Haywood S. Gilliam Jr.

ORDER GRANTING THE PARTIES' JOINT STIPULATION REQUESTING PERMISSION TO CONDUCT A DEPOSITION AFTER THE DISCOVERY CUT-OFF DATE